IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Simms Showers LLP                                    *
                    Plaintiff
                                                     *

            vs.                                                  Civil Action No.   SAG-23-2827
                                                     *

Michael Jones
                    Defendant            *

                              ******

## ORDER

Plaintiff having failed to serve the summons and complaint upon Michael Jones within 90

days after the filing of the complaint, it is, this 9th day of February, 2024,

ORDERED that plaintiff show good cause within 14 days of the date of this order why

the complaint should not be dismissed as to the above named defendant without prejudice

pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.


                                          _____/s/_____
                                          Stephanie A. Gallagher
                                          United States District Judge


Rule 4m Show Cause Order Court (Rev. 9/2016)