# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SIMMS SHOWERS LLP | : | |
| Plaintiff, | : | |
| v. | : | **Case No. 1:23-cv-02827 SAG** |
| MICHAEL JONES | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Motion for Extension, or in the alternative, to Stay or Administratively Close filed by the Plaintiff, it is therefore this __18th__ day of _____March_____, 2024, by the United States District Court for the District of Maryland

  **ORDERED** that the Motion for Extension is **GRANTED**, and it is further **ORDERED** that the Plaintiff be, and hereby is provided an extension of 60 days to serve Defendant. If service has not been effected within the next sixty days, Plaintiff should file an updated status report by **May 20, 2024**.

/s/
_____
The Honorable Stephanie Gallagher
United States District Court for the District of Maryland